IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043 | Case No. 22-MR-1161<br><br>Judge: John F. Robbenhaar |

## JOINT MOTION TO UNSEAL CASE NO. 22-MR-1161

The United States of America, by and through its attorney, the United States Attorney for the District of New Mexico, and Google LLC ("Google"), by and through its counsel, hereby jointly move this Court to unseal the entire record for the above-captioned matter, including but not limited to the search warrant and non-disclosure order issued to Google in this matter, the application and affidavit in support of the warrant, Google's motion to quash the warrant and supporting papers, Google's reply, the United States' motion to extend and supporting papers, and this Court's orders.

The public has a common-law right of access to judicial records unless the parties articulate a "real and substantial interest that justifies depriving the public of access." *Helm v. Kansas*, 656 F.3d 1277, 1292 (10th Cir. 2011). The filings and other records in this matter constitute judicial records because they "inform [the court's] decision-making process." *Id.*; *see also Matter of Search of 1638 E. 2nd Street, Tulsa, Okl.*, 993 F.2d 773, 775 (10th Cir. 1993) (quoting *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir.1989)) ("'affidavits for search warrants are judicial records'"). The United States and Google agree that there are no

countervailing interests that justify depriving the public of access. Unsealing the entire record for the above-captioned matter is therefore consistent with the "strong presumption in favor of public access to judicial records[.]" *Mann v. Boatright*, 477 F.3d 1140, 1149 (10th Cir. 2007).

Respectfully submitted,

Dated: August 20, 2024        By: */s/ Lorna M. Wiggins*
Lorna M. Wiggins
WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
Telephone: +1.505.764.8400
lwiggins@wwwlaw.us

Hayley L. Berlin, *Pro Hac Vice* pending
Mikella M. Hurley, *Pro Hac Vice* pending
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.6161
HBerlin@perkinscoie.com

*Attorneys for Google LLC*

Dated: August 20, 2024  By: *K. Brawley*

ALEXANDER M.M. UBALLEZ
United States Attorney
Kimberly A. Brawley
Assistant U.S. Attorney
201 Third St. N.W., Suite 900
Albuquerque, NM 87102
Telephone: +1.505.346.7274
Kimberly.Brawley@usdoj.gov

*Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2024, a copy of the forgoing was emailed to counsel for the United States of America, Assistant U.S. Attorney Kimberly Brawley, at Kimberly.Brawley@usdoj.gov

                                            Mikella M. Hurley
                                            Perkins Coie LLP
                                            *Attorney for Google LLC*